CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7177
　　FAX: (415) 436-7234
　　molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVESH SHARMA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-01220-LB<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** |

On December 9, 2025, the Court granted the parties' stipulation to set a deadline for Defendants' response to Plaintiff's complaint, setting Defendants' response as due on February 9, 2026. On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* ("Policy Memorandum"), placing a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed February 9, 2025). The Policy Memorandum states that within 90 days of issuance of the memorandum, USCIS will issue operational guidance. *Id.* at 3. As of the date of this filing, the hold has not been lifted. In order to allow time for additional guidance to be issued pursuant to the Policy Memorandum, the parties have agreed to stay

Stipulation
Case No. 3:25-cv-01220-LB　　　　　　　　　1

proceedings.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 26, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. Additionally, the parties also request the Court vacate or continue the initial case management conference scheduled for April 23, 2026, and all related deadlines.

Dated: February 9, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

//
//
//

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:25-cv-01220-LB                    2

Dated: February 9, 2026

*s/ Laure Dachelet*
LAURE DACHELET
Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. This case is stayed until March 26, 2026. The case management conference currently scheduled for April 23, 2026, is hereby: remains on calendar

____ vacated; or

____ continued to:

Date: February 10, 2026

HON. LAUREL BEELER
United States Magistrate Judge

Stipulation
Case No. 3:25-cv-01220-LB                    3